#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | |
|---|---|
| **FRANCISCO MEDRANO SOTO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Case No. 4:19-CV-56-KPJ |
| § | |
| **MARVIN ENG,** § | |
| § | |
| **Defendant.** § | |
| § | |

### ORDER OF DISMISSAL

Pending before the Court is Plaintiff Francisco Medrano Soto's ("Plaintiff") and Defendant Marvin Eng's ("Defendant") Agreed Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. 22). In the Stipulation, the parties represent they resolved their differences to their mutual satisfaction and agree to dismissal of this case with prejudice, each party to pay their own costs. *See* Dkt. 22.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 18th day of September, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE